UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ATHENAHEALTH, INC., | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. 13-cv-10794-IT |
| CARECLOUD CORPORATION, | * | |
| Defendant. | * | |

ORDER

January 22, 2015

TALWANI, D.J.

The court previously allowed a stay of this litigation pending a decision by the United States Patent and Trademark Office Patent Trial and Appeal Board (the "Board") regarding whether to take up a Covered Business Method review of the patent-in-suit.[1] The parties filed a joint status report on December 1, 2014, which indicated that the Board has initiated the requested Covered Business Method review.[2]

Accordingly, the court hereby orders that the stay of this litigation be extended until ten (10) days after the Board issues a final written decision pursuant to 35 U.S.C. § 328(a) regarding the currently pending Covered Business Method review. The parties are further directed to file a joint status report within five days of the Board's decision informing the court of that decision and its impact on this litigation.

IT IS SO ORDERED.

/s/ Indira Talwani
United States District Judge

---

[1] See Mem. & Order [#64] (staying all proceedings except for claim construction briefing).
[2] See Joint Rep. Concerning Status Pet. Covered Business Method Review U.S. Patent No. 7,617,116 [#80].